IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Sean L. Jenkins,                                  :
                    Petitioner                    :
                                                  :
          v.                                      :   No. 1352 C.D. 2017
                                                  :
Unemployment Compensation Board  :
of Review,                                        :
                    Respondent                    :

# **O R D E R**

AND NOW, this 15th day of February, 2019, it is hereby ORDERED that the above-captioned opinion filed October 30, 2018, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
MARY HANNAH LEAVITT, President Judge